# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BERNZOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California corporation; CAREMARK LLC, a California limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV 20-3016-DMG (KSx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [30]** |

Before the Court is the parties' stipulation for dismissal of this matter with prejudice. Good cause appearing,

IT IS HEREBY ORDERED that:

The above-captioned action is dismissed, with prejudice, in its entirety. The parties shall bear their own attorneys' fees and costs.

DATED: November 16, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE